NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE LAWSON, as parent and          )
guardian of Bryton Lawson, a minor,   )
                                       )
         Petitioner,                   )
                                       )
v.                                     )          Case No. 2D18-1023
                                       )
THE SCHOOL BOARD OF                    )
HILLSBOROUGH COUNTY, FLORIDA,          )
                                       )
         Respondent.                   )
_____)

Opinion filed September 12, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Martha J.
Cook, Judge.

Keith P. Ligori and Alyssa L. Katz of
Ligori & Sanders, Tampa, for Petitioner.

Debra M. Metzler of Barr, Murman &
Tonelli, P.A., Tampa, for Respondent.


PER CURIAM.


         Denied.


NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.